PETERSEN *v.* CALIFORNIA.

No. 830.   Decided June 15, 1959.

*Marvin E. Lewis* for appellant.

*Stanley Mosk,* Attorney General of California, *Clarence A. Linn,* Assistant Attorney General, *Arlo E. Smith,* Deputy Attorney General, *Dion Holm* and *George Baglin* for appellee.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

ORTEGA *v.* BIBB, DIRECTOR OF THE DEPARTMENT OF PUBLIC SAFETY, ET AL.

No. 790, Misc.   Decided June 15, 1959.

PER CURIAM.

The appeal is dismissed.